US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 24 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:13CR50048-001 |
| | ) | |
| DAVID JOSEPH SAMSON | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 472 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 843(b) |
| | ) | 21 U.S.C. § 846 |

## **INDICTMENT**

The Grand Jury charges that:

### COUNT ONE

On or about September 25, 2012, in the Western District of Arkansas, Fayetteville Division, the defendant, **DAVID JOSEPH SAMSON,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically a Marlin .22 caliber rifle, with no serial number, which been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about September 25, 2012, in the Western District of Arkansas, defendant **DAVID JOSEPH SAMSON,** with intent to defraud, did possess falsely made, forged and counterfeited obligations of the United States, that is, Federal Reserve Notes in the following denominations

1

| Number of Notes | Denomination | Series | Serial Number |
|---|---|---|---|
| 4 | $100.00 | 2008 | HH 68504119A |
| 9 | $20.00 | 2009 | JL 25741771A |
| 8 | $20.00 | 2004 | EF 54943393C |
| 3 | $20.00 | 2009 | JL 93933136D |
| 3 | $20.00 | 2009 | JH 03415044A |
| 1 | $20.00 | 2009 | JL 71496209E |

which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT THREE

On or about October 24, 2012, in the Western District of Arkansas, Fayetteville Division, the defendant, DAVID SAMSON, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 United States Code, Sections 841(a)(1) and 846, all in violation of Title 21 United States Code, Section 843(b).

## COUNT FOUR

On or about October 25, 2012, in the Western District of Arkansas, Fayetteville Division, the defendant, DAVID SAMSON, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 United States Code, Sections 841(a)(1) and 846, all in violation of Title 21 United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

The Grand Jury re-alleges and incorporates by reference herein Counts One through Four of this Indictment.

Upon conviction of Count One of this Indictment, the defendant, **DAVID JOSEPH SAMSON,** shall forfeit to the United States pursuant to 18 United States Code, Sections 924(d) and 3665 the firearm and ammunition used in the offense, to wit:

1. a Marlin .22 caliber rifle with no serial number;

2. Any ammunition involved in Count One.

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 18 United States Code, Sections 924(d) and 3665 all other property involved in or traceable to property involved in the offense, including proceeds obtained directly or indirectly from the offense. Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

Moreover, upon conviction of Count Two of this Indictment, the defendant, **DAVID JOSEPH SAMSON,** shall forfeit to the United States pursuant to 18 United States Code, Section

492 the defendant's interest in:

1) any counterfeit items; and

2) any personal property made, possessed, used or fitted or intended to be used in the making of a counterfeit item, including any and all computer equipment or other devices used or intended to used to commit the offense.

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 18 United States Code, Section 492, incorporating by reference Title 21 United States Code, Section 853 to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A True Bill.

/s/Grand Jury Foreperson
Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: /s/ Glen R. Hines
Glen R. Hines
Assistant U.S. Attorney
Arkansas Bar No. 94199
414 Parker Avenue
Fort Smith, AR 72901
Phone: 479-783-5125
E-mail: glen.r.hines@usdoj.gov