COPY MADE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 27 2015

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

RECEIVED WD/AR
AUG 17 2015
U.S. CLERK'S OFFICE

To: Clerk of Court
8th District

8-10-2015

From: David Joseph Samson
I.D. NO.: 11469-010
Case NO.: 5:13-cr-50048-001
Sentence Date: //2013

Pursuant: Johnson v. United States
Armed Career Criminal Act

I Am writing you to inquest in my case on my prior felony conviction as not a Violent Offense. Therefore I feel I should not have been sentenced under the ACCA.

I would like to know if the court plans to review cases upon request (to be placed on a list) or if I should seek legal assistance in this matter.

Thank You for your Help in this matter.

*[signature]*

Reg # 11469-010

NAME: DAVID JOSEPH SAMSON
REG# 11469-010
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

7270153535

OKLAHOMA CITY OK 730
13 AUG 2015 PM 5 L

JOHN PAUL HAMMERSCHMIDT
FEDERAL Building
35 EAST MOUNTAIN STREET, ROOM 510
FAYETTEVILLE, ARKANSAS.
72701-5354