IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                                    Criminal No. 13-50048

DAVID JOSEPH SAMSON                                         DEFENDANT/MOVANT

**O R D E R**

Currently before the Court is Defendant's **Motion to Appoint Counsel (Doc. 43)** and **Motion for Extension of Time (Doc. 47)**. Upon due consideration, Defendant's motions are hereby **GRANTED**. **The Federal Public Defender's Office is hereby appointed to represent Defendant**. Counsel is directed to file an Amended 28 U.S.C. § 2255 motion addressing Defendant's assertion that he is entitled to relief under Johnson v. United States, 135 S. Ct. 2551 (2015), and addressing any other claims which Defendant may have a basis to assert in a § 2255 motion. The amended § 2255 motion shall be filed by February 3, 2016. The District Court Clerk should terminate the original motion upon the filing of the amended motion. The Government is directed to file a response by March 2, 2016, and Defendant is directed to file a reply by March 17, 2016, if he wishes to do so.

IT IS SO ORDERED this 2nd day of December, 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE